# Court of Appeals
# of the State of Georgia

ATLANTA,  February 05, 2020

*The Court of Appeals hereby passes the following order:*

**A19A2027. GIBBY v. TOUSIGNANT.**

We granted Jerry Gibby's application for discretionary review of the trial court's grant of Andrea Tousignant's motion for attorney fees pursuant to OCGA § 9-15-14 (a) and (b). After a careful consideration of the  applicable law and a thorough review of the complete record on appeal, we have determined that the application was improvidently granted. Accordingly, this appeal is DISMISSED as improvidently granted.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  02/05/2020*
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*